IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:19-CV-113-D

| | | |
|---|---|---|
| RANDALL PATRICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FED LOAN SERVICING, | ) | |
| | ) | |
| Defendant. | ) | |

On August 19, 2019, defendant Pennsylvania Higher Education Assistance Agency ("PHEAA" or "defendant") d/b/a Fed Loan Servicing moved to dismiss plaintiff Randall Patrick's ("Patrick" or "plaintiff") complaint [D.E. 6] and filed a memorandum in support [D.E. 8]. On October 11, 2019, Patrick responded in opposition and moved to remand [D.E. 16]. On October 23, 2019, PHEAA replied [D.E. 18]. On November 5 and 11, 2019, Patrick filed additional material [D.E. 20, 21].

For the reasons stated in PHEAA's memorandum of law [D.E. 8] and reply brief [D.E. 18], the court GRANTS PHEAA's motion to dismiss [D.E. 6] and DENIES Patrick's motion to remand [D.E. 16] and motion to rescind [D.E. 21]. The court DISMISSES the complaint WITH PREJUDICE.

SO ORDERED. This 5 day of December 2019.

JAMES C. DEVER III
United States District Judge