UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| RANDALL PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 4:19-CV-113-D** |
| ) | |
| PENNSYLVANIA HIGHER EDUCATION ) | |
| ASSISTANCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS PHEAA's motion to dismiss [D.E. 6] and DENIES Patrick's motion to remand [D.E. 16] and motion to rescind [D.E. 21 ]. The court DISMISSES the complaint WITH PREJUDICE.

**This Judgment Filed and Entered on December 5, 2019, and Copies To:**

| | |
|---|---|
| Randall Patrick | (Sent to 1212 Red Banks Rd. L-8 Greenville, NC 27858 via US Mail) |
| Alejandro Rettig Y Martinez | (via CM/ECF electronic notification) |
| John C. Grugan | (via CM/ECF electronic notification) |
| Thomas F. Burke | (via CM/ECF electronic notification) |
| Acott F. Wyatt | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

December 5, 2019　　　　　　　　　　　　　　(By) /s/ Nicole Sellers

　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk